# Unclaimed Funds

Entered 1/1/2001 to 8/6/2013

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 08-40437 -msh 19013746 | JEFFREY A. KITAEFF, ESQ. KITAEFF & ASSOCIATES, P.C. 65A FLAGSHIP DRIVE NORTH ANDOVER, MA 01845-6103 01845-6103 | 3,500.00 | 08/06/2013 |

**Grand Total: 3,500.00**